IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**STEVE ALLEN PRITCHARD**                                                                **PETITIONER**
Reg #18508-033

v.                          Case No: 2:25-cv-00071-LPR

**SALTHOOD, Acting Warden,**
**Federal Bureau of Prisons**                                                              **RESPONDENT**

## ORDER

The Court has reviewed the Recommended Disposition (RD) submitted by United States Magistrate Judge Jerome T. Kearney (Doc. 6). No objections have been filed, and the time for doing so has expired. After a *de novo* review of the RD, along with careful consideration of the entire case record, the Court hereby approves and adopts the RD in its entirety as this Court's findings and conclusions in all respects.

Accordingly, the Petition for Writ of Habeas Corpus (Doc. 1) is DISMISSED without prejudice. The Clerk is instructed to close this case.

IT IS SO ORDERED this 29th day of August 2025.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE